United States Bankruptcy Court
District of Maryland

Schlossberg,
    Plaintiff

Abell,
    Defendant

Adv. Proc. No. 22-00223-LSS

# CERTIFICATE OF NOTICE

District/off: 0416-0      User: admin      Page 1 of 2
Date Rcvd: May 02, 2023      Form ID: pdfparty      Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Conowingo Homes, LLC, c/o Registered Agents, Inc., 5000 Thayer Center, Ste. C., Oakland, MD 21550-1139 |
| dft | + | Federalsburg Builders, LLC, 13901 Belle Chasse Blvd., Unit 216, Laurel, MD 20707-8418 |
| dft | + | Greenspring Home Builders, LLC, 13901 Belle Chasse Blvd., Unit 216, Laurel, MD 20707-8418 |
| dft | + | Griffin Arms, LLC, 11 Stehle Street, Annapolis, MD 21401-3429 |
| | + | Griffin Arms, LLC, c/o Marta Bertola, Resident Agent, 3214 Abell Avenue, Baltimore, Maryland 21218-3434 |
| dft | + | Marta Abell, 3214 Abell Avenue, Baltimore, MD 21218-3434 |
| | + | Marta Bertola, 3214 Abell Avenue, Baltimore, Maryland 21218-3434 |
| | + | Merganser Builders, LLC, c/o Marta Bertola, Resident Agent, 3214 Abell Avenue, Baltimore, Maryland 21218-3434 |
| dft | + | Merganser Builders, LLC, 11 Stehle Street, Annapolis, MD 21401-3429 |
| dft | + | Rock Hall Builders LLC, 13901 Belle Chasse Blvd. Unit 216, Laurel, MD 20707-8418 |
| pla | + | Roger Schlossberg, 134 W. Washington Street, Hagerstown, MD 21740-5540 |
| dft | + | Sea Home Builders, LLC, c/o Registered Agent Solutions, Inc., 838 Walker Road Ste. 21-2, Dover, DE 19904-2751 |
| dft | + | Vincent L. Abell, 10308 Bristolwood Court, Laurel, MD 20708-3115 |
| | + | Vinmar LLC, c/o Resident Agent - Marta Bertola, 3214 Abell Avenue, Baltimore, Maryland 21218-3434 |
| dft | + | Vinmar LLC, 2400 Virginia Avenue, NW, C-815, Washington, DC 20037-2625 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2023 at the address(es) listed below:

| District/off: 0416-0 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 02, 2023 | Form ID: pdfparty | Total Noticed: 15 |

| Name | Email Address |
|---|---|
| David J. Shuster | dshuster@kg-law.com  ssohn@kg-law.com |
| Emily Greene | egreene@kg-law.com |
| Jean Evelyn Lewis | jlewis@kg-law.com  swisthoff@kg-law.com |
| Justin Akihiko Redd | jredd@kg-law.com  svogel@kg-law.com |
| William C. Johnson | wcjjatty@yahoo.com  wjohnson@dcmdconsumerlaw.com,johnsonwr90391@notify.bestcase.com |

TOTAL: 5

Entered: May 2nd, 2023
Signed: May 1st, 2023
**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Southern Division)

| | | |
|---|---|---|
| In re: | * | |
| VINCENT L. ABELL | * | Case No. 13-13847-LSS |
| Debtor. | | Chapter 11 |
| | * | |

* * * * * *

| | | |
|---|---|---|
| ROGER SCHLOSSBERG, | * | |
| LIQUIDATING TRUSTEE | | |
| | * | |
| Plaintiff, | | Adversary Proceeding No. 22-00223 |
| | * | |
| v. | | |
| | * | |
| VINCENT L. ABELL, *et al.* | | |
| Defendants. | * | |

* * * * * * * * * * * * *

### ORDER GRANTING MOTION FOR LEAVE TO FILE
### THIRD AMENDED COMPLAINT AND DISMISS SEA HOME BUILDERS LLC

Upon consideration of the Liquidating Trustee's Motion for Leave to File a Third Amended Complaint [49], any opposition, any reply, the record and the applicable law, it is hereby:

ORDERED that the Motion is **GRANTED;** and it is further

ORDERED that SEA Home Builders, LLC be and hereby is **DISMISSED** from this action; and it is further

ORDERED that the clean copy of the Third Amended Complaint is hereby accepted for filing.

cc: David J. Shuster, Esquire
Jean E. Lewis, Esquire
Emily R. Greene, Esquire
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
dshuster@kg-law.com
jlewis@kg-law.com
egreene@kg-law.com

William C. Johnson, Jr., Esquire
The Johnson Law Group, LLC
6305 Ivy Lane, Suite 630
Greenbelt, Maryland 20770
william@johnsonlg.law

Marta Bertola
3214 Abell Avenue
Baltimore, Maryland 21218

Vinmar LLC
c/o Resident Agent - Marta Bertola
3214 Abell Avenue
Baltimore, Maryland 21218

Griffin Arms, LLC
c/o Marta Bertola, Resident Agent
3214 Abell Avenue
Baltimore, Maryland 21218

Merganser Builders, LLC
c/o Marta Bertola, Resident Agent
3214 Abell Avenue
Baltimore, Maryland 21218

**END OF ORDER**